**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**DARYLL L. WELLS, #K0601**                                                        **PLAINTIFF**

**VERSUS**                             **CIVIL ACTION NO. 5:05cv170DCB-JCS**

**DOLAN WALLER, et al.**                                                   **DEFENDANTS**

**FINAL JUDGMENT**

This cause is before the Court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the   9th   day of January, 2006.


                                                s/ David Bramlette
                                                UNITED STATES DISTRICT JUDGE